UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**NICHOLAS SAAKVITNE**,

    Plaintiff,

v.

**ENERGY, RESEARCH & GENERATION, INC., ET AL.**,

    Defendants.

And related action:

**UNITED STATES,**

    Plaintiff,

v.

**BURTON ORVILLE BENSON,**

    Defendant.

Case No. 15-cv-03026-YGR

**ORDER DIRECTING THE TRUSTEE TO SERVE NOTICE OF STIPULATION ON PARTIES IN RELATED MATTER**

Re: Dkt. No. 8

Case No. 14-cv-2071

On July 1, 2015, Plaintiff Nicholas Saakvitne, Trustee, Plan Administrator and Independent Fiduciary of the Energy, Research & Generation, Inc. Profit Sharing Plan and Associated Retirement Trust ("the Trustee") and Defendants Energy, Research & Generation, Inc., ERG Aerospace Corporation, and ERG Materials and Aerospace Corporation ("Defendants") filed their Stipulation For Entry of Judgment. (Dkt. No. 8, "Stipulation".) On July 20, 2015, the Court ordered that the instant action be related to Case No. 14-cv-2071 YGR, *United States vs. Burton Orville Benson*. (Dkt. No. 12).

The Court now **ORDERS** that the Trustee serve a copy of the Stipulation on all parties to 14-cv-2071 YGR, *United States vs. Burton Orville Benson* no later than **July 30, 3015**. Any party seeking to file a response to that Stipulation shall do so no later than **August 13, 2015**.

**IT IS SO ORDERED.**

Dated: July 27, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**