United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  Plaintiff,<br><br>vs.<br><br>**BURTON O. BENSON,**<br><br>  Defendant.<br>_____ | 14-cv-2071 YGR<br><br>**ORDER GRANTING EXTENSION OF DEADLINES RELATED TO TRUSTEE'S MOTION TO SUBSTITUTE HEIRS AND DIRECTING FURTHER SUBMISSION IN SUPPORT OF PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR ELIZABETH BENSON**<br><br>(Dkt. No. 113) |
| **NICHOLAS SAAKVITNE,** *Trustee, ERG Profit Sharing Plan,*<br><br>  Plaintiff,<br><br>v.<br><br>**BURTON ORVILLE BENSON**,<br><br>  Defendant.<br>_____ | 15-cv-5091 YGR<br><br>(Dkt. No. 45) |

The Court is in receipt of the Petition to Appoint Guardian Ad Litem for Elizabeth Benson, filed in both of the above-captioned actions. The Court requires additional information regarding the appointment. Petitioner Mark Benson is directed to submit a supplemental filing containing all the information required in California Judicial Council Form CIV-010 Application and Order for Appointment of Guardian Ad Litem – Civil[1] by no later than **October 13, 2017**. The Court notes that evidence in support of appointment should be by a person with the requisite knowledge of the basis for the necessity of such appointment.

---

[1] California Judicial Council Forms can be found at this website: http://www.courts.ca.gov/forms.htm.

The request to extend the deadlines for briefing on the Trustee's pending Motion to Substitute Heirs is **GRANTED**. The responses to the Motion shall be due October 31, 2017. The replies shall be due November 7, 2017. The hearing is continued from October 24, 2017, to **November 21, 2017**, at 2:00 p.m. in Courtroom 1.

**IT IS SO ORDERED**.

Dated: October 2, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**