UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 14-cv-2071 YGR |
| Plaintiff, | **ORDER GRANTING PETITION FOR APPOINTMENT OF MARK D. BENSON AS GUARDIAN AD LITEM FOR ELIZABETH BENSON** |
| vs. | |
| **BURTON O. BENSON,** | |
| Defendant. | (Dkt. No. 113) |
| _____ | |
| **NICHOLAS SAAKVITNE,** *Trustee, ERG Profit Sharing Plan,* | 15-cv-5091 YGR |
| Plaintiff, | (Dkt. No. 45) |
| v. | |
| **BURTON ORVILLE BENSON**, | |
| Defendant. | |
| _____ | |

The Court, having reviewed the Petition to Appoint Guardian Ad Litem for Elizabeth Benson and the supplemental submission of Mark Benson, filed in both of the above-captioned actions. In light thereof, and because the Court finds that it is reasonable and necessary to appoint a guardian ad litem for the purposes requested in the supplemental submission, the Petition to Appoint Guardian Ad Litem for Elizabeth Benson is **GRANTED**. Mark D. Benson is hereby appointed as the guardian ad litem for Elizabeth Benson for the reasons set forth in the petition and supplemental submission.

**IT IS SO ORDERED**.

Dated: October 26, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**